# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clevenger, Raymond C. | United States Court of Appeals for the Federal Circuit | 04/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Court Judge (Senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | self-employed photographer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | June 25-27, 2015 | Dana Point, CA | Meeting of Federal Circuit Bar Association | Transportation, Meals and Lodging |
| 2. | Federal Circuit Bar Association | Octobewr 19-20, 2015 | Shanghai, China | Meeting of Federal Circuit Bar Association | Transportation, Meals and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (C.S.) | G | Dividend | P2 | T | | | | | |
| 2. Morgan Stanley Managed Municipal Fund | E | Interest | P1 | T | | | | | |
| 3. PNC Bank Now Account | A | Interest | L | T | | | | | |
| 4. Shawnee VillagePartners Units A | A | Distribution | | | Redeemed | 12/01/15 | L | C | |
| 5. Seminole Transporation Co. Mineral Contract | C | Royalty | J | W | | | | | |
| 6. Coop Refining LLP Mineral Contract | A | Royalty | J | W | | | | | |
| 7. Total Petroleum Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 8. Central Crude Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 9. Delaware Group Tax-Free Fund | E | Interest | O | T | | | | | |
| 10. Morgan Stanley Daily Dividend Fund | E | Interest | N | T | | | | | |
| 11. Kansas City Southern Industries (C.S) | B | Dividend | | | Sold | 10/05/15 | M | B | |
| 12. Apple, Inc. (C.S) | C | Dividend | M | T | | | | | |
| 13. J.P. Morgan Chase & Co. (C.S.) | C | Dividend | M | T | | | | | |
| 14. Pepsico Inc. (C.S.) | C | Dividend | M | T | | | | | |
| 15. Philip Morris Intl. Inc. (C.S.) | C | Dividend | M | T | | | | | |
| 16. Schlumberger Ltd. (C.S.) | A | Dividend | | | Sold | 05/19/15 | L | E | |
| 17. ThermoFisher Scientific, Inc. (C.S.) | A | Dividend | | | Sold | 10/23/15 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Technologies Corp. (C.S.) | A | Dividend | | | Sold | 10/05/15 | M | A | |
| 19. American Tower REIT (C.S.) | B | Dividend | | | Sold | 07/08/15 | M | E | |
| 20. Ace Ltd. (C.S.) | A | Dividend | | | Sold | 10/27/15 | M | C | |
| 21. Mastercard, Inc. (C.S.) | A | Dividend | | | Sold | 10/23/15 | L | B | |
| 22. Google, Inc. (C.S.) | | None | | | Sold | 06/02/15 | L | D | |
| 23. Chevron Corp. (C.S.) | A | Dividend | M | T | | | | | |
| 24. L Brands, Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 25. Marsh & McLellan Cos. Inc. (C.S.) | A | Dividend | | | Sold | 06/02/15 | L | D | |
| 26. Abbott Laboratories, Inc. (C.S.) | B | Dividend | L | T | Buy | 01/24/15 | L | | |
| 27. Abbvie Inc. (C.S.) | B | Dividend | | | Sold | 07/29/15 | M | E | |
| 28. Estee Lauder Co. Inc. (C.S.) | A | Dividend | | | Sold | 07/15/15 | L | D | |
| 29. Monsanto Co. (C.S.) | A | Dividend | | | Sold | 10/05/15 | L | B | |
| 30. Time Warner Inc. (C.S.) | A | Dividend | | | Sold | 07/08/15 | M | E | |
| 31. Skybridge MultiAdvisers Hedge Fund | D | Dividend | N | T | Buy | 06/01/15 | N | | |
| 32. Ironwood MultiStrategy Hedge Fund | D | Dividend | N | T | Buy | 06/01/15 | N | | |
| 33. Amgen, Inc. (C.S.) | A | Dividend | M | T | Buy | 09/28/15 | M | | |
| 34. Bahl & Gaynor Income Growth Fund | D | Dividend | N | T | Buy | 07/25/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock, Inc. (C.S.) | A | Dividend | L | T | Buy | 06/29/15 | L | | |
| 36. Crown Castle International Corp. (C.S.) | A | Dividend | K | T | Buy | 03/25/15 | K | | |
| 37. Eaton Corp. PLC (C.S.) | B | Dividend | L | T | Buy | 08/09/15 | L | | |
| 38. Linear Technologies, Inc. (C.S.) | A | Dividend | | | Buy | 07/08/15 | M | | |
| 39. Linear Technologies, Inc. (C.S.) | A | Dividend | | | Sold | 10/26/15 | M | B | |
| 40. Home Depot, Inc. (C.S.) | A | Dividend | L | T | Buy | 05/04/15 | L | | |
| 41. Honeywell International Inc. (C.S) | B | Dividend | M | T | Buy | 10/05/15 | M | | |
| 42. Medtronic PLC (C.S.) | B | Dividend | L | T | Buy | 07/02/15 | L | | |
| 43. Nextera Energy Inc. (C.S.) | B | Dividend | L | T | Buy | 03/24/15 | L | | |
| 44. Prudential Financial Inc. (C.S.) | B | Dividend | M | T | Buy | 05/29/15 | M | | |
| 45. Microsoft Corp. (C.S.) | A | Dividend | M | T | Buy | 10/26/15 | M | | |
| 46. Schlumberger Ltd. (C.S.) | A | Dividend | L | T | Buy | 10/07/15 | L | | |
| 47. Telus Corp. (C.S.) | A | Dividend | | | Buy | 03/24/15 | L | | |
| 48. Telus Corp. *(C.S.) | A | Dividend | | | Sold | 05/11/15 | L | A | |
| 49. Williams Co. Inc. (C.S.) | B | Dividend | M | T | Buy | 08/15/15 | M | | |
| 50. | | | | | | | | | |
| 51. Odd Lot Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Costco Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 53. Berkshire Hathaway Co. (C.S.) | A | Dividend | J | T | | | | | |
| 54. General Electric Co.(C.S.) | A | Dividend | J | T | | | | | |
| 55. Level 3 Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 56. Echelon Corp.(C.S.) | A | Dividend | J | T | | | | | |
| 57. TE Connectivity (C.S.) | A | Dividend | J | T | | | | | |
| 58. Walt Disney Co. (C.S.) | A | Dividend | J | T | | | | | |
| 59. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 60. Global High Income Dollar Fund | A | Dividend | J | T | | | | | |
| 61. Green Energy Management Systems, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 62. Blackrock Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 63. Canadian Oil Sands Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 64. Chevron-Texaco Co. (C.S.) | A | Dividend | J | T | | | | | |
| 65. Cisco Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 66. Dominion Reserve Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 67. Exxon Mobil Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 68. J.P. Morgan Chase & Co. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kayne Anderson Midstream Investment Co. (C.S.) | A | Dividend | J | T | | | | | |
| 70. Lowe's Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 71. PHLO Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 72. Verizon, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 73. Keely Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 74. Oppenheimer International Small Co. Fund | A | Dividend | J | T | | | | | |
| 75. SnowCapital Managment Fund | A | Dividend | J | T | | | | | |
| 76. Ishares DJ Select Dividend Fund | A | Dividend | J | T | | | | | |
| 77. News Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 78. Dodge & Cox International Stock (C.S.) | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 79. Fairholme Fund Shares | A | Dividend | J | T | | | | | |
| 80. Lazard Emerging Markets RBL Shares | A | Dividend | J | T | | | | | |
| 81. Powsershares Water Reserve Portfolio Shares | A | Dividend | K | T | | | | | |
| 82. Apple, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 83. Google Inc. (C.S.) | | None | J | T | | | | | |
| 84. Cambiar Opportunity Fund | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 85. District of Columbia Series E BHAC Bond | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Paw Paw, MI Public School District Bond | B | Interest | J | T | | | | | |
| 87. Beloit Wisc Sch District Bond | B | Interest | K | T | | | | | |
| 88. New York City TFA Rev Bond | B | Interest | K | T | | | | | |
| 89. Columbia MO Spl Oblig Bond | B | Interest | K | T | | | | | |
| 90. Rockwall County TX Series A Bond | B | Interest | K | T | | | | | |
| 91. South Western City SD HO Bond | B | Interest | K | T | | | | | |
| 92. Mercanolibre Inc. (C.S) | A | Dividend | J | T | | | | | |
| 93. AT&T Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 94. Clough Global Equity Fund (C.S.) | B | Dividend | K | T | | | | | |
| 95. Clough Global Opportunity Fund (C.S.) | B | Dividend | J | T | | | | | |
| 96. Proctor & Gamble Co. (C.S.) | A | Dividend | J | T | | | | | |
| 97. IsharesFTSE Xinhua China Fund (C.S.) | A | Dividend | J | T | | | | | |
| 98. Ishares MSCI Brazil Index Fund (C.S.) | A | Dividend | J | T | | | | | |
| 99. Fairpoint Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 100. Frontier Communications, Inc. (C.S) | A | Dividend | J | T | | | | | |
| 101. American Capital World Fund (C.S.) | B | Dividend | L | T | | | | | |
| 102. Heitmann REIT Fund (C.S.) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PIMCO Total Return Fund (C.S.) | B | Dividend | M | T | | | | | |
| 104. Amazon.Com. Inc. (C.S.) | | None | J | T | | | | | |
| 105. Harbor International Fund (C.S.) | A | Dividend | J | T | | | | | |
| 106. Hartford Growth Opportunity Fund (C.S.) | A | Dividend | J | T | | | | | |
| 107. Ivy Asset Strategy Fund (C.S.) | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 108. Mainstay Large Capital Growth Fund (C.S.) | A | Dividend | J | T | | | | | |
| 109. MFS Value Fund (C.S.) | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 110. Nuveen Build America Fund (C.S.) | A | Dividend | J | T | | | | | |
| 111. Oppenheimer Gold & Special Minerals Fund (C.S.) | A | Dividend | J | T | | | | | |
| 112. Vale, S.A. (C.S.) | A | Dividend | J | T | | | | | |
| 113. Unilever PLC (C.S.) | A | Dividend | J | T | | | | | |
| 114. Symantec Corp.(C.S.) | A | Dividend | J | T | | | | | |
| 115. T.Rowe Price New Horizons Fund (C.S.) | A | Dividend | J | T | | | | | |
| 116. Allianzgi NFJ Intl Value Fund (C.S.) | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 117. John Hancock Classic Value Fund (C.S.) | A | Dividend | | | Sold | 04/22/15 | J | A | |
| 118. MFS New Discovery Fund (C.S.) | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 119. Oakmark Intl Fund (C.S.) | A | Dividend | | | Sold | 04/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Adv. Small Cap Value Fund (C.S.) | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 121. Consumer Discretionary SPDR Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 122. Emerging Global Shares Dow Jones Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 123. First TR Exchange Traded FD Dow Jones Ind. Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 124. First TR ISE Cloud Complex IDX ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 125. Health Care Select SPDR Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 126. Ishares IBOXX INVT Grade Corp. Bond | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 127. Ishares Inc Core MSCI Emerging Markets ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 128. Ishares MBS ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 129. Ishares MSCI CDA ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 130. Ishares MSCI Pacific Ex-Japan Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 131. Ishares MSCI Sweden Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 132. Ishares MSCI Switzerland Capped Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 133. Ishares MSCI UK ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 134. Ishares NASDAQ Biotech ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 135. Ishares Tips Bond ETF Fund | A | Distribution | J | T | Buy | 04/22/15 | J | | |
| 136. Ishares 3-7 Year Treasury Bond ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Market Vectors Emerg. Markets Local Currency Debt Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 138. Powershares Global Exchange Traded FD TR Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 139. Sector SPDR Financial Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 140. SPDR Barclays High YieldBond ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 141. Vanguard Consumer Staples ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 142. Vanguard Industrial ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 143. Vanguard Information Tech ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 144. Vanguard Intermediate Term Bond ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 145. Vanguard Materials ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 146. Vanguard Natural Resources LLC Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 147. Vanguard Short Term Bond Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 148. Vanguard Telecomm Services ETF Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 149. Wisdomtree Europe Hedged Equity Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 150. Wisdomtree Trust Japan Hedged Equity Fund | A | Dividend | J | T | Buy | 04/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond C. Clevenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544